UNITED STATES DISTRICT COURT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2019

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| Deanna Martinez and Ernest Lave, <br>     Movant, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION <br> OFFICE OF THE INSPECTOR GENERAL, <br><br>     Respondent. | No. _____ |

SSA OIG
DEC 1 4 2018
DENVER, CO

## MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

Deanna Martinez and Ernest Lave hereby moves this court, pursuant to section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3410, for an order preventing the government from obtaining access to my financial records. The agency seeking access is the Social Security Administration, Office of the Inspector General. My financial records are held by Minnequa Works Credit Union.

In support of this motion, the court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

_[signature]_
Signature

Name: Deanna Martinez
Address: 1004 E Abriendo Ave

City/State: Pueblo Co 81004     Zip Code 81004

# UNITED STATES DISTRICT COURT

Deanna Martinez and Ernest Lave, )
    Movant, )  No. _____
vs. )
)
SOCIAL SECURITY ADMINISTRATION )
OFFICE OF THE INSPECTOR GENERAL, )
    Respondent. )
)
)

SSA OIG
DEC 14 2018
DENVER, CO

## CERTIFICATE OF SERVICE

I have mailed or delivered a copy of the enclosed motion and sworn statement to:

Social Security Administration
Office of the Inspector General/Office of Investigations
1961 Stout Street, Suite 4147
Denver, CO 80294
ATTN: Special Agent Blade Bricker

on Jan 2 2019, 2018.

_____
Signature

DEANNA MARTINEZ
Name - Print or Type